KAREN L. LOEFFLER
United States Attorney

YVONNE LAMOUREUX
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: yvonne.lamoureux@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| Plaintiff, | ) COUNT 1: |
| | ) MAKING THREATS BY TELEPHONE |
| vs. | )   Vio. of 18 U.S.C. § 844(e) |
| ROBERT JOSEPH KLIMA, | ) |
| Defendant. | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about November 6, 2016, the defendant, ROBERT JOSEPH KLIMA, within the District of Alaska, using a telephone, willfully made a threat and willfully and maliciously conveyed false information knowing the same to be false, concerning an

attempt and alleged attempt being made, and to be made, unlawfully to damage and destroy a building or other real or personal property, namely the Anchorage Planned Parenthood clinic, by means of an explosive, and made the telephone call for the purpose of issuing a threat and with knowledge that the telephone call would be viewed as a threat.

All of which is in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Yvonne Lamoureux
YVONNE LAMOUREUX
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder for
KAREN L. LOEFFLER
United States Attorney
United States of America

DATE: 11-16-16